IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RAYONIER PERFORMANCE FIBERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:09-CV-00191-LGW-JEG |
| | ) | |
| MING TAI CHEMICAL CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTERESTED PARTIES**
**REQUIRED BY LOCAL RULE 3.2**

The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Rayonier Performance Fibers, LLC | Plaintiff |
| Ming Tai Chemical Co., Ltd. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|

Plaintiff:

| | |
|---|---|
| Rayonier TRS Holdings, Inc. | Managing Member |
| Lee M. Thomas | President |
| Paul G. Boynton | Senior Vice President |
| Timothy H. Brannon | Senior Vice President |
| Carl E. Kraus | Senior Vice President |
| William M. Burch | Vice President |
| Jack M. Kriesel | Vice President |

| Name | Identification & Relationship |
|---|---|
| Scott D. Winer | Vice President |
| Michael R. Herman | Vice President & Assistant Secretary |
| Macdonald Auguste | Treasurer |
| W. Edwin Frazier, III | Secretary |
| Tracy K. Arthur | Assistant Secretary |
| Mark R. Bridwell | Assistant Secretary |
| Hans E. Vanden Noort | Senior Vice President & Controller |

Defendant:

Officers, directors, and trustees unknown to Plaintiff

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

| Name | Identification, Relationship & Interests |
|---|---|
| Rayonier TRS Holdings, Inc. | Parent Company of Plaintiff |
| Rayonier Inc. | Parent Company of Rayonier TRS Holdings, Inc. |

Respectfully submitted, this __7th__ day of January, 2010.

/s/ **James B. Durham, Esq.**
JAMES B. DURHAM
Georgia State Bar No. 235526
Attorney for Plaintiff
DURHAM & RIZZI, P.C.
Post Office Box 2177
Brunswick, Georgia  31521-2177
Telephone: (912)264-1800
Email: jdurham@durhamfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RAYONIER PERFORMANCE FIBERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:09-CV-00191-LGW-JEG |
| ) | |
| MING TAI CHEMICAL CO., LTD., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

    John A. Kithas
    Law Offices of John A. Kithas
    Email:  jkithas@aol.com

    G. Todd Carter
    Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP
    Email:  tcarter@brbcsw.com

    Respectfully submitted,

    /s/  **James B. Durham, Esq.**
    JAMES B. DURHAM
    Georgia State Bar No. 235526
    Attorney for Plaintiff
    DURHAM & RIZZI, P.C.
    Post Office Box 2177
    Brunswick, Georgia  31521-2177
    Telephone: (912)264-1800
    Email:  jdurham@durhamfirm.com